UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAGE FULFILLMENT, LLC | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:20-CV-00444-VAB |
| | : | |
| V. | : | |
| | : | |
| EARTH ANIMAL VENTURES, INC., and | : | |
| EARTH ANIMAL VENTURES, LLC, | : | |
| | : | |
| Defendants. | : | MAY 15, 2020 |

**DEFENDANT'S MOTION TO DISMISS COUNTS II, III, AND IV OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, Earth Animal Ventures, Inc. ("EAV" or "Defendant")[1] respectfully moves to dismiss counts II, III, and IV of the Complaint filed by Plaintiff, Sage Fulfillment, LLC ("Sage" or "Plaintiff"). EAV respectfully requests that the Court dismiss these counts as they fail to state a claim for which relief may be granted.

Specifically, the allegations in Plaintiff's Complaint, even if proven, merely set forth a single cause of action for breach of contract under Count I. Plaintiff's remaining claims all fail under Federal Rule of Civil Procedure 12(b)(6). Under Count II, Sage seeks a declaration that the underlying contract remains valid and enforceable, but that issue will necessarily be resolved under Count I. Federal law prohibits declaratory relief, such as requested in Count II, on issues that will be addressed in other counts. Under Count III, Sage seeks special damages, including lost revenue and profits, under a theory of anticipatory repudiation, but this claim is duplicative of Count I.

---

[1] Sage originally named Earth Animal Ventures, Inc. and Earth Animal Ventures, LLC as defendants in this action, but later moved to dismiss Earth Animal Ventures, LLC from the case. *See* Pl. Mot. to Dismiss (Doc. Entry No. 9).

Moreover, the governing contract expressly precludes either party from recovering any special, consequential, or punitive damages in this case, including lost profits or revenue. Finally, under Count IV, Sage seeks damages for violations of the Connecticut Unfair Trade Practices Act ("CUTPA"), but it is well-established that a mere breach of contract is insufficient to establish a CUTPA claim and Plaintiff has failed to allege any aggravating circumstances surrounding the breach.

For these reasons, and as more fully stated in the accompanying Memorandum of Law, EAV respectfully requests that the Court grant its motion to dismiss counts II, III, and IV of Sage's Complaint.

**DEFENDANT**
**EARTH ANIMAL VENTURES, INC.**

/s/ *Brian E. Moran*
Brian E. Moran (ct05058)
Andrew A. DePeau (ct30051)
ROBINSON & COLE LLP
1055 Washington Blvd., 9th Floor
Stamford, Connecticut 06901
Phone: 203-462-7512
Fax: 203-462-7599
Email: bmoran@rc.com
         adepeau@rc.com

*Attorneys for Defendant*

## **CERTIFICATION**

I hereby certify that on May 15, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing though the Court's CM/ECF System.

*/s/ Andrew A. DePeau*
Andrew A. DePeau