**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAGE FULFILLMENT, LLC | : |
| Plaintiff, | : CASE NO. 3:20-CV-00444-VAB |
| v. | : |
| EARTH ANIMAL VENTURES, INC., and EARTH ANIMAL VENTURES, LLC, | : |
| Defendants. | : MAY 18, 2020 |

## AFFIDAVIT OF STEWART SHANLEY
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Stewart Shanley, being duly sworn, hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am signing this affidavit while physically present within the State of Connecticut.

3. I am the Chief Executive Officer of Earth Animal Ventures, Inc. ("EAV").

4. This affidavit is submitted in support of EAV's Motion to Dismiss Counts II, III, and IV of the Complaint filed by Sage Fulfillment, LLC ("Sage") in the above-captioned action.

5. The facts stated herein are based on my personal knowledge and my review of EAV's records related to this matter.

6. Attached hereto as Exhibit A is a true and accurate copy of the Master Exclusive Supply Agreement between EAV and Sage, dated December 7, 2018.

7. Attached hereto as Exhibit B is a true and accurate draft copy of the Statement of Work No. 1, which has only been signed by Sage.

1

8. Attached hereto as Exhibit C is a true and accurate copy of the letter titled "Notice of Material Breach" sent by Sage to EAV, dated November 16, 2019.

9. Attached hereto as Exhibit D is a true and accurate copy of the letter titled "Notice of Material Breach" sent by EAV to Sage, dated December 6, 2019.

10. Attached hereto as Exhibit E is a true and accurate unsigned copy of the letter titled "Notice of Termination" that EAV sent to Sage, dated March 11, 2020.

11. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated on this 15 day of May 2020.

_____
Stewart Shanley

Subscribed and sworn before me
this 15 day of May 2020.

_____
==Notary Public==
Anthony J. Musto, CT JN 411711
Commissioner of the Superior Court

2