# EXHIBIT C



Sage Door Holdings
2905 4th Avenue South
Seattle, WA. 98134
720-442-2426
legal@sagedoorholdings.com

By Federal Express
Earth Animal Ventures, LLC

49 John Street

Southport, Connecticut  06890

Attention:   Dr. Robert Goldstein

               Mr. Stewart Shanley

November 16, 2019

RE:   <u>Notice of Material Breach</u>

Dear Sirs:

Dear Stewart and Bob:

Please refer to the Master Exclusive Supply Agreement dated effective November 13, 2018 between Sage Fulfillment, LLC ("Sage") and Earth Animal Ventures, LLC ("EAV") (the "MESA"), and Statement of Work No. 1 thereto dated effective January 1, 2019 between Sage and EAV (the "SOW1"; together with the MESA, collectively the "Agreement").

I am writing to notify EAV of its material breach of the terms of the Agreement.

Such breaches include, without limitation, (i) EAV's failure to purchase the minimum number of units required in the first three calendar quarters of 2019 pursuant to Section 2 of SOW1, and (ii) EAV's unequivocal statements that it will not purchase the minimum number of units required to be purchased in the fourth calendar quarter of 2019, as well as all calendar quarters in (and for years) 2020 and 2021 pursuant to Section 2 of the SOW1.

Please call me to discuss how we might work to resolve this situation. I think a face-to-face meeting at this point is most appropriate as time is of the essence. As I am sure you can appreciate, this letter is intended to preserve all of Sage's rights and remedies. I look forward to hearing from you.

Very Truly Yours,

Richard Calafiore
CEO


cc: Anthony J. Musto, Esq.
One Eliot Place, 3rd Floor
Fairfield, Connecticut 06824

cc: Michael F. Mulpeter
Cohn Birnbaum & Shea P.C.
100 Pearl St., 12th floor
Hartford, CT 06103