# EXHIBIT E

# ANTHONY J. MUSTO, L.L.C.
ATTORNEY AND COUNSELOR AT LAW

March 11, 2020

Sage Fulfillment, LLC
Attn: Richard Calafiore, Chief Executive Officer
2905 Fourth Avenue South
Seattle, WA 98134
richard@sagedoorholdings.com
By Federal Express, Email and First-Class Mail

Second Original To:
Sage Fulfillment, LLC
Attn: General Counsel
2905 Fourth Avenue South
Seattle, WA 98134
generalcounsel@sagedoorholdings.com
By Federal Express, Email and First-Class Mail

    **RE:**    **Notice of Termination**

Dear Richard:

As you know, I represent Earth Animal Ventures, Inc. Pursuant to the notice dated December 6, 2019 delivered to you by my client, please accept this as notice that Earth Animal Ventures, Inc. is terminating the Master Exclusive Supply Agreement. Please understand that any further dealings between the parties will occur under a different arrangement.

As always, if you have any questions regarding this matter please feel free to call me.

Regards,


Anthony J. Musto

CC:    Stewart Shanley