## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAGE FULFILLMENT, LLC | : | |
| | : | |
|     Plaintiff, | : | CASE NO. 3:20-CV-00444-VAB |
| | : | |
| V. | : | |
| | : | |
| EARTH ANIMAL VENTURES, INC., | : | |
| | : | |
|     Defendant. | : | NOVEMBER 6, 2020 |

## EARTH ANIMAL VENTURES, INC.'S
## APPLICATION FOR PREJUDGMENT REMEDY

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Pursuant to Rule 64 of the Federal Rules of Civil Procedure, Rule 4(c) of the Local Rules of Civil Procedure for the District of Connecticut, and Sections 52-278a *et seq.* of the Connecticut General Statutes, Defendant/Counterclaimant Earth Animal Ventures, Inc. ("EAV"), respectfully applies for a prejudgment remedy as set forth herein. The undersigned represents:

1. Plaintiff Sage Fulfillment, LLC ("Sage") commenced this action against EAV by filing the Complaint on or about April 1, 2020 and serving EAV with the Summons and Complaint on or about April 6, 2020.

2. EAV filed counterclaims against Sage, as well as The Sage Door, LLC and Richard Calafiore on November 6, 2020.

3. There is probable cause that a judgment will be rendered in this matter in favor of EAV in the amount sought, or in an amount greater than the amount of the prejudgment remedies sought, taking into account any known defenses, counterclaims and set-offs available to the plaintiff, and to secure the judgment the applicant seeks an order from this court directing that the following prejudgment remedy be issued to secure the sum of  $12,528,744.50:

21187739-v1

(a) Attach sufficient property of the plaintiff to secure such sum;

(b) Garnish other sufficient property or assets to secure such; and/or

(c) Such other type of prejudgment remedy as the Court deems appropriate.

In support of this motion, EAV relies on the Memorandum of Law in Support EAV's Motion for a Prejudgment Remedy, the Declaration of Stewart Shanley and the exhibits attached thereto, and the Declaration of Brian E. Moran and the attached exhibits attached thereto. A proposed form of Order for Hearing on Prejudgment Remedy is attached hereto as **Exhibit A**, a proposed form of Order on Motion for Prejudgment Remedy is attached hereto as **Exhibit B**.

**DEFENDANT**
**EARTH ANIMAL VENTURES, INC.**

/s/ *Brian E. Moran*
Brian E. Moran (ct05058)
Andrew A. DePeau (ct30051)
Trevor L. Bradley (ct29993)
ROBINSON & COLE LLP
1055 Washington Blvd., 9th Floor
Stamford, Connecticut 06901
Phone: 203-462-7512
Fax: 203-462-7599
Email: bmoran@rc.com
adepeau@rc.com
tbradley@rc.com

*Attorneys for Defendant*

# **CERTIFICATION**

I hereby certify that on November 6, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

*/s/ Trevor L. Bradley*
Trevor L. Bradley