## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAGE FULFILLMENT, LLC | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:20-CV-00444-VAB |
| | : | |
| V. | : | |
| | : | |
| EARTH ANIMAL VENTURES, INC., | : | |
| | : | |
| Defendant. | : | |

## **[PROPOSED] ORDER FOR HEARING ON PREJUDGMENT REMEDY**

The Application for Prejudgment Remedy of Defendant/Counterclaimant Earth Animal Ventures, Inc. having been presented to the Court, it is hereby ORDERED that a hearing thereon be held on _____, 2020 at _____ a.m./p.m. in Courtroom ___ of the United States District Court for the District of Connecticut located at 915 Lafayette Boulevard, in the city of Bridgeport, Connecticut, and that the defendant give notice to the Counterclaim Defendants Sage Fulfillment, LLC, The Sage Door, LLC and Richard Calafiore, in accordance with Section 52-278c of the General Statutes of the pendency of the application and of the time when it will be heard by causing a copy of this order, together with such notice as is required under subsection (e) of Section 52-278c, to be served upon the plaintiff in accordance with Section 52-278m.

Signed this ___ day of _____, 2020

_____
U.S.D.J.

21187857-v1