**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SAGE FULFILLMENT, LLC | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:20-CV-00444-VAB |
| | : | |
| V. | : | |
| | : | |
| EARTH ANIMAL VENTURES, INC., | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S/COUNTERCLAIMANT'S**
**<u>APPLICATION FOR PREJUDGMENT REMEDY</u>**

WHEREAS, Defendant/Counterclaimant Earth Animal Ventures, Inc. has applied for an order, pursuant to C.G.S. § 52-278i, to attach sufficient property of Counterclaim Defendants Sage Fulfillment, LLC, The Sage Door, LLC, and Richard Calafiore to secure the sum of $12,528,744.50;

WHEREAS, this Court having examined the Application for Prejudgment Remedy and its accompanying documents; and having examined the Complaint, the Answer, the Affirmative Defenses, the Counterclaims, the briefs, the affidavits, and the declarations submitted by the parties, along with the exhibits thereto; and following a duly noticed hearing at which the parties were fully heard, it is found that there is probable cause that a judgment will be rendered in this matter in favor of Earth Animal Ventures, Inc. and against Sage Fulfillment, LLC, The Sage Door, LLC and Richard Calafiore;

It is hereby ORDERED in accordance with Section 52-278i of the Connecticut General Statutes, that:

1.      Earth Animal Ventures, Inc.'s Application for Prejudgment Remedy is GRANTED to secure the sum of $12,528,744.50;

2.       Counsel for Earth Animal Ventures, Inc. is authorized to issue Writs of Attachment and/or Writs of Garnishment to attach and or garnish any and all real and/or personal property of Sage Fulfillment, LLC, The Sage Door, LLC and Richard Calafiore having a value not exceeding $12,528,744.50.

Signed this __ day of _____, 2020 at ____ _____

_____
U.S.D.J.