UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAGE FULFILLMENT, LLC | : | |
| | : | |
|     Plaintiff, | : | |
| V. | : | |
| | : | No. 3:20-CV-00444 (VAB) |
| EARTH ANIMAL VENTURES, INC., | : | |
| | : | |
|     Defendant. | : | FEBRUARY 5, 2020 |

**JOINT STATUS REPORT REGARDING SETTLEMENT
CONFERENCE WITH MAGISTRATE JUDGE ROBERT RICHARDSON**

Pursuant to the Court's Order, dated November 23, 2020 (Doc. No. 73), Plaintiff, Sage Fulfillment, LLC ("Sage"), and Defendant, Earth Animal Ventures, Inc. ("EAV" and together, the "Parties") jointly submit this status report regarding the mediation with Magistrate Judge Robert Richardson. The parties jointly state the following:

*Procedural History*

    1.    On November 20, 2020, the Parties jointly submitted a status report to the Court, requesting that the case be referred to a magistrate judge for a settlement conference. As part of the joint status report, the Parties requested that certain pending deadlines be suspended until the settlement conference could take place. *See* Joint Status Report (ECF No. 72).

    2.    On November 23, 2020, the Court entered two orders, referring the case to Magistrate Judge Robert Richardson for a settlement conference (ECF No. 74) and suspending the following deadlines (the "Suspended Deadlines") until after the settlement conference (ECF No. 73):

        (a)    Sage's response to EAV's Counterclaims;

        (b)    Sage's response to EAV's Prejudgment Remedy Application;

(c) EAV's response to Sage's Motion to Strike the Joinder of New Parties;

(d) The appearance and responses by Richard Calafiore and The Sage Door LLC; and

(e) The scheduling of a hearing on the Parties' Prejudgment Remedy Applications.

3. The Court further ordered that the Parties shall file a status report on or before February 5, 2021 regarding the outcome of the settlement conference and the Parties' respective positions regarding the Scheduling Order and Suspended Deadlines. (ECF No. 73).

4. The Parties participated in a settlement conference with Magistrate Judge Robert Richardson on February 3, 2021.

5. The settlement conference was not successful.

*Sage's Position Regarding the Suspended Deadlines and Scheduling Order*

1. Sage does not believe that further settlement discussions will be productive at this time.

2. Sage respectfully submits that, at this time, the Court should not set any deadlines for Richard Calafiore or The Sage Door, LLC until the Court resolves Sage's Motion to Strike Joinder (ECF No. 65).

3. Sage maintains that it is entitled to a separate hearing on its application for a prejudgment remedy. Nevertheless, Sage acknowledges the challenges multiple PJR hearings impose upon the Court. The challenges are compounded by the social distancing guidelines in place because of measures taken to mitigate the spread and impact of COVID-19. Accordingly, Sage agrees with EAV that a single PJR hearing on the parties' cross applications serves the purposes of efficiency and conservation of judicial resources.

4. Sage proposes that the Court set the below schedule concerning the Suspended Deadlines:

|  | **Proposed Deadline** |
|---|---|
| **EAV's Deadline to Respond to Sage's Motion to Strike Joinder** | February 19, 2021 |
| **EAV's Deadline to Serve Richard Calafiore** | February 28, 2021 |
| **Sage's Deadline to Respond to EAV's Counterclaims** | March 1, 2021 |
| **Sage's Deadline to Respond to EAV's Prejudgment Remedy Application** | March 29, 2021 |
| **EAV's Reply to Counterclaim Defendants' Responsive Pleadings** | March 29, 2021 |
| **PJR Hearing** | June 14, 2021 |

5. Sage submits that the Parties' pending motions, the expansion of the litigation contemplated by EAV's counterclaims, and the recent pause in the litigation require the placement of a new scheduling order. Sage proposes as follows:

|  | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| **Initial Expert Designations and Reports Due** | February 19, 2021 | June 30, 2021 |
| **Deposition of Expert Witnesses** | March 19, 2021 | July 30, 2021 |
| **Damages Analysis** | March 19, 2021 | June 30, 2021 |

106972084.1

| | | |
|---|---|---|
| **Rebuttal Expert Designations and Reports Due** | May 14, 2021 | September 3, 2021 |
| **Depositions of Rebuttal Experts** | July 2, 2021 | October 20, 2021 |
| **Discovery Completed** | July 2, 2021 | October 20, 2021 |
| **Post Discovery Status Conference** | July 8, 2021 | November 3, 2021 |
| **Dispositive Motions Filed** | August 13, 2021 | December 17, 2021 |
| **Joint Trial Memorandum** | September 10, 2021 or 30 days after the Court rules on dispositive motions | January 21, 2022 or 30 days after the Court rules on dispositive motions |
| **Trial Ready** | October 11, 2021 or 30 days after the Joint Trial Memorandum is filed. | February 28, 2022 or 30 days after the Joint Trial Memorandum is filed. |

6. Sage is amenable to holding a scheduling conference with the Court to address any issues arising out of the Parties' proposed deadlines and schedules.

*EAV's Position Regarding the Suspended Deadlines and Scheduling Order*

1. EAV does not believe that further settlement discussions will be productive at this time.

2. Since the Court's Orders on November 23, 2020, the Parties have largely suspended all discovery in this case, taking only one third-party witness deposition. Additionally, EAV is still attempting to serve one counterclaim defendant, Richard Calafiore, and requires additional time to complete service.

3. EAV maintains that any hearing on the Parties' respective Prejudgment Remedy Applications should take place at the same time. There are substantial overlapping issues related to EAV's defenses to Sage's claims and EAV's counterclaims. Consistent with Federal Rule of

4

Civil Procedure 1 and in the interest of efficiency and due process, EAV requests that the Court hold one hearing on both Prejudgment Remedy Applications. EAV also maintains that the Prejudgment Remedy hearing should not be scheduled until after the two counterclaim defendants (Mr. Calafiore and The Sage Door, LLC) have had an opportunity to appear and respond to EAV's Counterclaims and Prejudgment Remedy Application and the pleadings are complete.[1]

4. With respect to the Suspended Deadlines, EAV's position is that the Court should enter an order setting the following deadlines:

|  | **Proposed Deadline** |
|---|---|
| **EAV's Deadline to Serve Richard Calafiore** | February 28, 2021 |
| **Sage's Deadline to Respond to EAV's Counterclaims** | March 1, 2021 |
| **Richard Calafiore and The Sage Door, LLC's Deadline to Appear and Respond to EAV's Counterclaims** | March 15, 2021 |
| **Sage's Deadline to Respond to EAV's Prejudgment Remedy Application** | March 29, 2021 |
| **Richard Calafiore and The Sage Door LLC's Deadline to Respond to EAV's Prejudgment Remedy Application** | March 29, 2021 |
| **EAV's Reply to Counterclaim Defendants' Responsive Pleadings** | March 29, 2021 |
| **Hearing on the Cross Prejudgment Remedy Applications** | Post April 12, 2021 (5 days) |

---

[1] EAV also acknowledges that Richard Calafiore and The Sage Door LLC may have their own positions regarding proposed deadlines and modifications to the Scheduling Order.

5. EAV further states that due to the competing Prejudgment Remedy Applications, EAV's Motion to Dismiss, and the Counterclaims against Mr. Calafiore and The Sage Door LLC, the Parties will require a modification to the current scheduling order (ECF No. 22). The Parties agreed to suspend the litigation for more than sixty (60) days in order to explore the possibility of settlement. Additionally, EAV anticipates that the Parties will each take between 5-7 fact witness depositions and 1-2 expert witness depositions in order to adequately prepare for trial. Accordingly, EAV proposes the following extension to the following deadlines in the Scheduling Order:

|  | **Current Deadline** | **Requested Deadline** |
| --- | --- | --- |
| **Initial Expert Designations and Reports Due** | February 19, 2021 | May 5, 2021 |
| **Deposition of Expert Witnesses** | March 19, 2021 | June 4, 2021 |
| **Damages Analysis** | March 19, 2021 | June 30, 2021 |
| **Rebuttal Expert Designations and Reports Due** | May 14, 2021 | August 27, 2021 |
| **Depositions of Rebuttal Experts** | July 2, 2021 | October 20, 2021 |
| **Discovery Completed** | July 2, 2021 | October 20, 2021 |
| **Post Discovery Status Conference** | July 8, 2021 | November 3, 2021 |
| **Dispositive Motions Filed** | August 13, 2021 | December 17, 2021 |
| **Joint Trial Memorandum** | September 10, 2021 or 30 days after the Court rules on dispositive motions | January 21, 2022 or 30 days after the Court rules on dispositive motions |
| **Trial Ready** | October 11, 2021 or 30 | February 28, 2022 or 30 days |

6

|  | days after the Joint Trial Memorandum is filed. | after the Joint Trial Memorandum is filed. |

6. EAV is also amenable to holding a scheduling conference with the Court to address any issues arising out of the Parties' proposed deadlines and schedules.

| **PLAINTIFF / COUNTER-DEFENDANT SAGE FULFILLMENT LLC** | **DEFENDANT / COUNTERCLAIMANT, EARTH ANIMAL VENTURES, INC.** |
|---|---|
| By   *Daniel L. FitzMaurice*<br>Daniel L. FitzMaurice (ct05331)<br>Nicholas M. Lombard (ct30928)<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-0100<br>(860) 275-0343 (fax)<br>dlfitzmaurice@daypitney.com<br><br>*Attorneys for Sage Fulfillment, LLC* | By   *Brian E. Moran*<br>Brian E. Moran (ct05058)<br>Andrew A. DePeau (ct30051)<br>Trevor L. Bradley (ct29993)<br>Robinson & Cole LLP<br>1055 Washington Blvd.<br>Stamford, Connecticut 06901<br>Phone:  203-462-7512<br>Fax:  203-462-7599<br>Email:  bmoran@rc.com; adepeau@rc.com<br>         tbradley@rc.com<br><br>*Attorneys for Earth Animal Ventures, Inc.* |

## **CERTIFICATION**

I hereby certify that on February 5, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

                                                */s/ Andrew A. DePeau*
                                                Andrew A. DePeau

106972084.1